IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VICTORY PHONES LLC | : | |
| *d/b/a* PUBLIC OPINION RESEARCH, | : | NO. 20-5317 |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 11th day of February, 2021, upon consideration of the Amended Complaint (Doc. No. 5), Defendant's Motion to Dismiss (Doc. No. 20), and Plaintiff's Response in Opposition to the Motion (Doc. No. 21), it is hereby **ORDERED** that:

1. The Motion (Doc. No. 20) is **GRANTED WITHOUT PREJUDICE**.

2. Plaintiff is **GRANTED** leave to file a second amended complaint within 14 days of entry of this Order.

3. The Clerk of Court shall amend the caption, complaint, and docket in the above-captioned matter to reflect that the proper name of Defendant is "Victory Phones LLC," not "Victory Phones LLC d/b/a Public Opinion Research."

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1