# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANDREW PERRONG, individually and on behalf of a class of individuals similarly situated | ) ) ) ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:20-cv-05317 |
| v. | ) | |
| | ) | |
| VICTORY PHONES LLC, | ) | |
| | ) | |
| Defendant. | ) ) | |

## DEFENDANT VICTORY PHONES LLC'S MOTION TO DISMISS PLAINTIFF ANDREW PERRONG'S SECOND AMENDED CLASS ACTION COMPLAINT

Defendant Victory Phones LLC, by and through its attorneys, respectfully moves to dismiss the Second Amended Class Action Complaint filed against it by Plaintiff Andrew Perrong under Federal Rule of Civil Procedure 12(b)(1) due to Plaintiff's lack of standing and Federal Rule of Civil Procedure 12(b)(1) for Plaintiff's failure to state a claim on which relief may be granted.

2

This motion is supported by an accompanying brief.

Dated:   March 5, 2021

|  |  |
|---|---|
| | By:  /s/ Randall P. Hsia |
| Hal G. Ostrow (Michigan Bar No. P63999) | Randall P. Hsia (PA. I.D. 203032) |
| *Pro Hac Vice* | Timothy K. Lewis (PA I.D. 32199) |
| RHOADES MCKEE PC | SCHNADER HARRISON SEGAL & LEWIS LLP |
| 55 Campau Ave., N.W., Suite 300 | 1600 Market Street, Suite 3600 |
| Grand Rapids, MI 49503 | Philadelphia, PA  19103-7286 |
| (616) 235-3500 | Telephone: 215-751-2000 |
| hostrow@rhoadesmckee.com | Facsimile: 215-751-2205 |
| | rhsia@schnader.com |
| | tlewis@schnader.com |

***Attorneys for Defendant Victory Phones LLC***