# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, *Plaintiff* | CIVIL ACTION |
| v. | |
| VICTORY PHONES LLC, *Defendant* | No. 20-5317 |

## O R D E R

**AND NOW**, this 15th day of July, 2021, upon consideration of the Second Amended Complaint (Doc. No. 24), Defendant's Motion to Dismiss the Second Amended Complaint (Doc. No. 26), Plaintiff's Response in Opposition to the Motion (Doc. No. 30), Defendant's Reply in Further Support of the Motion (Doc. No. 31), oral argument held on June 21, 2021, and the parties' post-argument Supplemental Briefs (Doc. Nos. 40, 41), it is hereby **ORDERED** that the Motion (Doc. No. 26) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**