IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **VICTORY PHONES, LLC** | : | |
| *Defendant* | : | **NO. 20-5317** |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTION TO COMPEL** (Docket No. 59) is scheduled to be held on **MARCH 29, 2022** at **2:00 P.M.** in Courtroom 10B before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: February 25, 2022**
**Copies sent by ECF notification only.**