```
 1                 IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4   ANDREW PERRONG, individually and on      :  CIVIL ACTION
     behalf of a class of individuals         :
 5   similarly situated,                      :
                                              :
 6                    Plaintiff,              :
                 vs.                          :  NO. 20-5317
 7                                            :
     VICTORY PHONES LLC,                      :
 8                                            :
                      Defendant.              :
 9

10                   PHILADELPHIA, PENNSYLVANIA

11                       JUNE 30, 2022

12   BEFORE:       THE HONORABLE GENE E.K. PRATTER, J.

13                       MOTIONS HEARING

14   APPEARANCES:

15                   PARONICH LAW, P.C.
                     BY:  ANTHONY I. PARONICH, ESQUIRE
16                   350 Lincoln Street, Suite 2400
                     Hingham, MA  02043
17                         And
                     MURRAY MURPHY MOUL & BASIL LLP
18                   BY:  JONATHAN P. MISNY, ESQUIRE
                     1114 Dublin Road
19                   Columbus, OH  43215
                     For Plaintiff
20

21                   SCHNADER HARRISON SEGAL & LEWIS LLP
                     BY:  RANDALL P. HSIA, ESQUIRE
22                   LAYAL A. ISSA, ESQUIRE
                     IRA NEIL RICHARDS, ESQUIRE
23                   1600 Market Street Suite 3600
                     Philadelphia, PA  19130
24                   For Defendant

25
```

```
1                    KATHLEEN FELDMAN, CSR, CRR, RPR, CM
                     Official Court Reporter
2                    James A. Byrne U.S. Courthouse
                     601 Market Street
3                    Philadelphia, PA 19106
                     (215) 779-5578
4
          (Transcript produced by machine shorthand via C.A.T.)
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (Deputy Clerk opened court)
 2              THE COURT:  Hello, everybody.  Please take your
 3    seats and make yourselves comfortable and explain to me why in
 4    the case of Perrong versus Victory Phones docketed at 20-5317
 5    I must continue to try and resolve your discovery disputes.
 6              MR. MISNY:  Well, I'll start, Your Honor.
 7              THE COURT:  Okay, why don't you first identify
 8    yourselves for the record.
 9              MR. MISNY:  Sure.  Jonathan Misny for the plaintiff.
10              MR. PARONICH:  And Anthony Paronich for the
11    plaintiff as well.
12              MS. HSIA:  Randy Hsia on behalf of Victory Phones,
13    Your Honor.
14              MR. RICHARDS:  Ira Richards for Victory Phones.
15              MS. ISSA:  Layal Issa for Victory Phones, Your
16    Honor.
17              THE COURT:  Okay, so we know it's full employment
18    for everybody.  Why are we are still having these problems?
19              MR. MISNY:  Well, Your Honor, as you recall, we were
20    here -- I was not personally, but everybody else was on March
21    29th --
22              THE COURT:  He's throwing everybody else under the
23    bus, okay.
24              MR. MISNY:  A good way to start out I thought.
25              There was a hearing on March 29th on our motion to
```

1   compel the calling records for the Class and that motion was
2   granted by Your Honor on April 5th and the Court ordered to
3   produce complete records of the calls and it's our position
4   that complete records of the calls includes not only the call
5   detail records listing the outbound calls that were made, but
6   also the recordings of the calls that were sent to the Class
7   Members.  We think that the recordings are part and parcel of
8   a call record and they were actually specifically listed in
9   their request that the Court compelled.  It specifically had
10  a -- I think it was letter B or C.
11          THE COURT:  Well, let me fast forward on this.  The
12  April 5th order required Victory to produce complete records
13  of calls, right?
14          MR. MISNY:  That's correct.
15          THE COURT:  I think it would be fair to say that
16  that kind of language could be understood to concern the
17  actual list of calls, the dates, times, numbers of calls made,
18  but not the substance of the text of the calls.
19          MR. MISNY:  Well, Your Honor, it's your order,
20  obviously, but --
21          THE COURT:  Right.
22          MR. MISNY:  -- what we were asking for was for our
23  discovery request to be compelled and our discovery request
24  specifically listed the recordings that were sent and the
25  reason that the recordings are significant is because if you

1    recall at the March 29th hearing, the defendant is making this

2    argument that our client, Andrew Perrong, is not typical to

3    represent individuals that receive calls as part of other

4    campaigns and they specifically made the argument that there

5    were different audio files that were used in different

6    campaigns.

7         THE COURT:  As I understand it and I suppose one of

8    their lawyers can explain this, but as I understand it,

9    Victory says they don't really even know if they still have

10   the audio files.  Is that right?

11        MR. MISNY:  That's what they say, but I think the

12   issue is that and the reason that's not sufficient is that

13   they haven't even looked, and so if it turns out that they do

14   a diligent search and some of those files have been deleted or

15   they don't have them or whatnot, then we'll deal with that and

16   that is what it is, but we do have an issue with the fact that

17   Mr. Hsia in his affidavit says he hasn't even looked for the

18   records at all and so I think that --

19        THE COURT:  Mr. Hsia, has anybody looked for these

20   things?  Do we know whether your client has them or doesn't

21   have them?

22        MS. HSIA:  Your Honor, we have not looked for them.

23   We can say that based on the affidavit, Mr. Dishaw, Dave

24   Dishaw, who is the CEO of the company, has stated that the

25   records are deleted in the regular course of business because

1    of the substantial size of the --

2              THE COURT:  So we don't know if there's been a snafu

3    and that these were not really deleted, right?

4              MS. HSIA:  We do not know that at this time.

5              THE COURT:  With the pendency of this motion, nobody

6    was even curious to look?

7              MS. HSIA:  Your Honor, based on the number of calls

8    that we've produced, over 6 million calls, it would be a

9    substantial undertaking both with time and money to do that

10   search.

11             THE COURT:  To find out if the audio file exists?

12             MS. HSIA:  Yes, Your Honor.  From our understanding,

13   I believe that it would require individual searches for each

14   call to see if the audio file exists.

15             THE COURT:  How about an experimental search?

16             MS. HSIA:  I think that might be something that we

17   could endeavor to attempt.

18             THE COURT:  Since I am the least electronically

19   disposed person in this room as far as I know, why is it up to

20   me to suggest that?  Do you have any -- let's drop back.

21             Have you guys talked to each other about this issue?

22             MR. MISNY:  We have.

23             THE COURT:  When's the last time you spoke with each

24   other on this issue?

25             MR. MISNY:  Well, it was prior to -- yeah, prior to

```
1    filing our motion.

2              THE COURT:  Okay.  Since the filing of the motion,

3    has anybody, dare I say, picked up the phone to talk to each

4    other?

5              MR. MISNY:  Not about this particular issue.

6              THE COURT:  Okay.

7              MR. MISNY:  About other issues.

8              THE COURT:  Okay, let me introduce you to each

9    other.  You can actually say, Gee, Randy, would you mind?  I

10   say that because I actually know his first name, okay?  Would

11   you mind looking to see if the computers or the audio files at

12   Victory have, let's say, or include a call on X date just as

13   an experiment to see if the audio files exist.  What is the

14   problem with finding out?  Why would you all want to spend any

15   time squabbling about something that doesn't even exist any

16   more?  So -- and why is there no sufficient curiosity to find

17   out if the thing that you're fighting about and spending money

18   on exists?

19             MS. HSIA:  Your Honor, if I may?

20             THE COURT:  Yes, Mr. Hsia.

21             MS. HSIA:  Just to expound a bit, after reviewing

22   the declaration, as I stated previously, Mr. Dishaw's

23   explanation was that these are purged in the ordinary course

24   of business and on top of that, in order to -- it's not as

25   simple.  Based on the declaration, it's not as simple as just
```

1  pulling up a call and then being able to find the audio.  As
2  far as the call, the data is stored in one location and the
3  audio may be stored in a totally separate location and so it
4  would be a matter of seeing if the audio exists, and if the
5  audio exists, then identifying which audio relates to what
6  call and it's unclear that all audio was stored in one place.
7  So it creates a logistical nightmare in terms of being able to
8  identify which calls --
9           THE COURT:  Well, then how do you plan on pursuing
10  the argument that the plaintiff is not an appropriate
11  representative because you won't be able to prove that he's
12  not.
13           MS. HSIA:  Well, Your Honor, I think there are a
14  number --
15           THE COURT:  If you say the files don't exist.
16           MS. HSIA:  There are a number of arguments why the
17  plaintiff in this case, and I know now is not the time to make
18  that argument why the plaintiff in this case is not an
19  appropriate representative, but amongst those reasons would be
20  that certainly there is the possibility if you're looking at
21  fields of questions asked, that is a possibility.  We may be
22  looking at those --
23           THE COURT:  Without the audio files?
24           MS. HSIA:  Without the audio files, right, without
25  the responses.  And we actually brought a copy of the audio so

1   the Court could listen to it if the Court would like to get a

2   sense of what we're talking about here because based on the

3   Court's order, the Court explained the reason why or at least

4   the purported reason why the plaintiff needed the audio to,

5   one, determine how many calls were made to his client and,

6   number two, to determine whether they were charged with the

7   call.  And it's our position that that's going to be -- at

8   this point, they haven't established they can prove that, and

9   beyond that, the audio recording doesn't provide any

10  information related to who was called, there's no demographic

11  information or identifier, and doesn't include any information

12  related to whether they were charged.  So for the crux of this

13  case, that information is just not relevant.

14          THE COURT:  Have you -- in addition to bringing it

15  here to court, have you reached out to plaintiff's counsel

16  before this moment to offer, to share that with him so he

17  could better understand your position?

18          MS. HSIA:  Your Honor, it's our understanding, and

19  Mr. Paronich can correct me if I'm wrong, we did have

20  discussions about the fact that we did not believe that the

21  audio was relevant.

22          THE COURT:  The answer to my question then is going

23  to be a no.

24          MS. HSIA:  Well, it's also, to be clear, it is

25  recording provided by the plaintiff in this case so they

1    understand what's in the audio.

2              THE COURT:  Okay.  Have you all taken any

3    opportunity to actually sit down and talk your way through

4    this issue?

5              MS. HSIA:  Not this specific issue, Your Honor.

6    There's procedural reasons why we did not do that.

7              THE COURT:  What might that be?

8              MS. HSIA:  That would be the fact that we received

9    this request from plaintiffs after the discovery deadline was

10   closed in this case and if I can just point out some of the

11   history of where we are today?

12             THE COURT:  You know how impressive that issue is to

13   me.

14             MS. HSIA:  Well, Your Honor, if I could, we produced

15   records, 60,000 call records for the initial calling campaign

16   that Mr. Perrong was called upon and that includes 60,000

17   records similar to the 6 million records that we produced on

18   April 27th.

19             THE COURT:  Is there some fascination, it sounds

20   almost demonic that you all are stuck on 6.

21             MS. HSIA:  I don't know, Your Honor.  That's just

22   luck of the draw.  That's the number that came up, but the

23   point being that we produced those 60,000 calls in November

24   and then six months -- well, excuse me, in April, we produced

25   the total, all the calls for the client.  In between November

1    and April, there was no communication from plaintiffs that
2    they had any issue with what we had provided.  As the Court's
3    order set forth, our understanding was they needed the records
4    to determine how many calls were made, number one, and to
5    determine if they were charged for the call.  Nothing more.
6    And so there was no communication from plaintiffs.  They
7    didn't say what you provided us is insufficient in terms of
8    substance and even until or even beyond the discovery deadline
9    of May 6, there was still no discussion about that.  It wasn't
10   until May 10th after the discovery deadline that they raised
11   this and so in part we did state that we did not believe that
12   the audio was relevant, but also procedurally it was beyond
13   the discovery deadline.  And from our view, the deadlines
14   exist for a reason and we've complied with the deadlines
15   and --
16           THE COURT:  Then let's go back to the issue of
17   relevance.  The deadlines are very important, there's no doubt
18   about it, they exist in order to move things along, but I do
19   want to develop some sort of appreciation for the position of
20   the parties as to what use the information, if it exists,
21   could it be put to.
22           Why is this relevant to anything, legally relevant
23   to anything?
24           MR. MISNY:  Your Honor, we don't particularly
25   believe it is relevant, but the issue is that --

1           THE COURT:  That's a great leadoff.

2           MR. MISNY:  -- we need to be able to show you that

3   and so we're anticipating the arguments that we're expecting

4   to see on Class Certification and these are the arguments that

5   Victory Phones has already made --

6           THE COURT:  Wait, wait, wait.  Let me make sure I

7   understand what you're saying.  You don't think that what

8   you've asked for is legally relevant, but you want to make

9   sure that Victory doesn't use things that you say are

10  irrelevant to attack your client's ability to be a Class Rep

11  and in rejoinder, Victory says, A, the material doesn't exist

12  or it's too hard for us to figure out if it does exist and

13  it's not relevant.  Is that what's happening here?

14          MR. MISNY:  I believe that's a fair summary, yes.

15          THE COURT:  Okay.  Then what other issues do we have

16  to discuss today because I'm hearing you both say it's not

17  relevant.  So nobody's going to get to bring this up at the

18  time of arguing Class Rep.  What am I missing?  Victory says

19  it's not important and doesn't exist.  They've made the

20  representation they don't want to find out if it existed

21  because it's too hard to do that or it doesn't exist because

22  in the normal course of things, it would have been erased.

23  The plaintiff says it's not important so you're both in

24  agreement and I'm in agreement that I don't have to listen to

25  this any more including at Class Cert time.  Are we all on the

1    same page?

2              MR. MISNY:  I believe so, Your Honor.

3              THE COURT:  Excellent.  Excellent.

4              MR. MISNY:  As long as we don't hear anything at

5    Class Certification --

6              THE COURT:  What did I just say?

7              MR. MISNY:  Right.

8              THE COURT:  Excellent.  Why don't you sit down.

9              How much more time does the plaintiff need to

10   finalize the motion for Class Certification since we now know

11   that we're not going to be hearing about it?

12             MR. MISNY:  I believe 60 days would be appropriate.

13             THE COURT:  From when?

14             MR. MISNY:  So from today and so --

15             THE COURT:  Another 6.  What is this?

16             MR. MISNY:  Yeah, I was going to say a different

17   number, but then I chose 6 just to go along with the theme for

18   the day, but no --

19             THE COURT:  Where does that take you?

20             MR. MISNY:  60 days.  So what we plan to do in the

21   next 60 days is Victory Phones has made a partial production

22   to us a few days ago.  They've represented they're going to

23   complete their production the end of next week and then

24   there's also an outstanding subpoena to Matthew Oczkowski and

25   his counsel surfaced I believe it was May 24 --

1          THE COURT:  Basically you're saying right after

2   Labor Day.

3          MR. MISNY:  Right.

4          THE COURT:  That's a couple days more, but --

5          MR. MISNY:  Yeah.  Yeah.  Yeah, that's fine.  So we

6   just wanted to finish up the outstanding discovery.  We wanted

7   to do a 36(b) deposition after we've received that discovery

8   which we've already noticed and then, at that point, since

9   we're not going to be needing these recordings anymore, then

10  we'd be ready to file the motion.

11         THE COURT:  Mr. Hsia, have you and your colleagues

12  discussed the 60 days?  How does that strike you?

13         MS. HSIA:  Your Honor, I understand the Court's

14  position if the Court is going to grant the request for

15  extension so 60 days seems appropriate.

16         If I may just for the record, I think it's important

17  that we preserve and present our position --

18         THE COURT:  I'd like to hear it.

19         MR. HSIA:  -- and why we're objecting.

20         The Court, as the Court has noted, the deadlines are

21  important in this case and in this case, plaintiff has failed

22  to or missed not two, but really four deadlines.  There was

23  the deadline for Class Certification which they missed, there

24  was a deadline for discovery which they missed.  Additionally,

25  the Court's order sets forth in paragraph 21 that if they

1    wanted to seek an extension, they needed to make that in

2    writing and then include verification at least three days

3    prior to the deadline.  Prior to both the Class Certification

4    and the discovery deadline, we did not receive any

5    communication from plaintiffs.  Certainly if we would have, we

6    would have had some potential discussion and we might not be

7    in this position, but we never received it.  So it's important

8    for us to note that it's not just two deadlines, it was four

9    deadlines that were missed, and I understand Mr. Murphy stated

10   that his calendar somehow bumped the time for Class

11   Certification up three months.  I would just point out that

12   just like we have our law firm, three attorneys, and then Mr.

13   Ostrow's law firm with their calendaring system, certainly

14   plaintiff has three different attorneys with three different

15   calendaring systems so it's surprising to us that these

16   deadlines would have been missed.  That's first.

17          Second, as --

18          THE COURT:  Some would say it would be a surprise if

19   the whole thing wasn't messed up with all these different

20   calendar systems.  Just saying.

21          MS. HSIA:  That may be the case, Your Honor.  Of

22   course, if we --

23          THE COURT:  Right before I came out here, somebody

24   was just explaining to me why my laptop, my iPad and my cell

25   phone could not be coordinated with each other for reasons

 1    that there was no logical explanation except that's the way it

 2    is.

 3            MS. HSIA:  Maybe the Court has a special type of

 4    system that prevents it.  I have mine --

 5            THE COURT:  You were with the Government.

 6            MS. HSIA:  Mine was -- Your Honor, maybe -- mine was

 7    synced.  That's all I know.

 8            THE COURT:  Let me ask this and this could relate to

 9    timing.  There's no question that there's been abuse of the

10    scheduling issue.  Abuse is being used sort of loosely here

11    and it's a disappointment.  Try as the Court does to move

12    these things along, there's some reason always, either COVID

13    ate my homework or some other reason that things have been

14    delayed.  It unfortunate, it's undesirable, and it's got to

15    stop.  There's no question about it.  But fundamentally I

16    still have to focus on prejudice for the delay and the reason

17    I'm interrupting you, Mr. Hsia, is that, as I understand it,

18    there was earlier a suggestion or a tentative request or an

19    expression of an intention from the plaintiff to file some

20    sort of a motion to add additional parties.  If that's going

21    to be part of this laundry list of requests, I want to know

22    now before I react to the yet additional request for time and

23    we're going to have a whole -- unless it's agreed to by the

24    defense or by these new parties who supposedly you'd like to

25    add that it's okay to add them, then we're going to have a

1    whole exercise of evaluating whether or not there's any point

2    to adding these other parties, is it a joint and several

3    liability situation, has there been a response to the subpoena

4    that I think was issued for one of the them whose name would

5    be challenging for me to pronounce.  So what's with that?

6            MR. MISNY:  Your Honor, we don't intend at the

7    current time to add Mr. --

8            THE COURT:  What does that mean "at the current

9    time?"  Don't kid a kidder.  I know what that kind of phrase

10   means.

11           MR. MISNY:  I was actually proceeding to say,

12   though, that since we do have the additional time and we're

13   grateful for Your Honor granting us that time that we'll

14   forego adding any additional parties and we're fine with that.

15           THE COURT:  Are you bargaining with me?

16           MR. MISNY:  No, not at all.

17           THE COURT:  Okay.  So no new parties, right?

18           MR. MISNY:  Right.

19           THE COURT:  Okay.  Great.  Hold that thought.  And

20   all you really want is the 60 days to finish up in order to

21   move for Class Cert, right?

22           MR. MISNY:  Yes, Your Honor.

23           THE COURT:  That's it?

24           MR. MISNY:  And just to be clear --

25           THE COURT:  You have a deposition.

1          MR. MISNY:  We want to take that deposition, yeah,

2    and that's it.

3          THE COURT:  A deposition of who or what?

4          MR. MISNY:  Of Victory Phones 30(b)(6) witness which

5    we've already noticed the deposition.

6          THE COURT:  Pardon?

7          MR. MISNY:  We've already noticed the deposition.

8          THE COURT:  I understand that.  Is it going to be

9    one witness?

10         MR. HSIA:  Yes, Your Honor, it's going to be one

11    witness.

12         THE COURT:  Do you know who it is?

13         MS. HSIA:  Dave Dishaw.

14         THE COURT:  Okay.  Do you have it scheduled?

15         MR. MISNY:  We do not.

16         THE COURT:  Do you have any idea as to when, if

17    there's some sort of time period where that's going to be too

18    rugged to do?  Is he planning to go on a --

19         MS. HSIA:  Your Honor, we don't know.  I think if

20    the Court would allow 60 days to get it scheduled in that time

21    frame, that should be sufficient.

22         THE COURT:  Well, though, I'm allowing 60 days to

23    get the motion done.  It's basically by Labor Day.

24         MR. HSIA:  Right, and so to the extent that --

25         THE COURT:  You know where this leads.

1          MR. HSIA:  No, I understand.

2          THE COURT:  You know where this leads.  If you don't

3     tender the witness --

4          MS. HSIA:  Right.

5          THE COURT:  -- until the 59th day --

6          MS. HSIA:  Understood, Your Honor.

7          THE COURT:  -- then it would be sort of difficult

8     for you to argue when they ask or get more time on their

9     filing of the motion.

10          MR. HSIA:  We understand that, Your Honor.  I think

11     given that, just to make sure that we don't, because of

12     scheduling issues that, again, weren't at our request and we

13     don't run into a situation where we can't meet the 45 days

14     because of the schedule of either counsel or of the witness,

15     we would ask for at least 45, if not 60, days with the

16     understanding that if --

17          THE COURT:  For what?

18          MS. HSIA:  For the 30(b)(6) deposition, Your Honor.

19          THE COURT:  Okay.  Well, you know, this is just

20     adding --

21          MS. HSIA:  I understand, but, again, given the

22     summer, Your Honor, I don't know what Mr. Dishaw's schedule is

23     so we will work with counsel to get it scheduled in a

24     reasonable time.

25          THE COURT:  For now, yes, the request of 60 days

1    extension for finalizing the motion for Class Certification is

2    granted on the understanding that the one deposition that

3    you've requested is the only -- A, the only remaining

4    discovery you're asking from the defendant with respect to

5    this motion, the Class Certification motion, and, B, that

6    there is an obligation to produce that witness expeditiously

7    and if it turns out to be because of unforeseen circumstances

8    it's difficult to do that, then and only then will I entertain

9    any further request for more time on the clock for a motion

10   for Class Cert.

11        Okay, does everybody understand?

12        MS. HSIA:  Yes, Your Honor.  May I be just heard?  I

13   know that we sort of took a tangential discussion there and

14   just with respect to our finishing my argument regarding our

15   position understanding that the Court is at this point

16   granting the request for extension.

17        THE COURT:  Well, it's really my inclination because

18   I'm loathe to let you guys off the hook with things that

19   you've represented and you're agreeing to.  I'm trying to

20   narrow that down.

21        MS. HSIA:  So --

22        THE COURT:  But you don't want me to give them the

23   60 days and yet this witness hasn't been deposed yet.

24        MS. HSIA:  Well, Your Honor, again, it goes back to

25   it wasn't that we weren't producing the witness to be deposed.

1          THE COURT:  Nobody's blaming.  There's no blame

2    here.

3          MS. HSIA:  Okay.  I just wanted it to be clear that,

4    again, the date in which they requested the witness be deposed

5    was well after the discovery deadline and that's why we're in

6    this position that we're in.

7          THE COURT:  I understand.

8          MS. HSIA:  Now, the final two pieces that I just

9    want to make clear for the Court are, one, it's our position

10   that in order for -- in order for the plaintiff to establish

11   that they are entitled to this extension after missing the

12   deadline, they need to prove excusable neglect.  We haven't

13   seen where that's been established.  They certainly haven't

14   filed it in a motion.  And then, additionally, the Court asked

15   about prejudice.  Certainly one of our concerns was if they're

16   going to add a third party to this, either --

17          THE COURT:  Take the win on that one.

18          MS. HSIA:  Right, and I understand, so that's not an

19   issue any more, but I think we still have concerns regarding,

20   one, the fact that we've completed discovery, two, we've had

21   our expert and served our expert report in response to theirs.

22   We've deposed their expert.  So if based on this additional

23   discovery, they want to then reopen or amend their expert

24   report and then --

25          THE COURT:  But then, well, I will give you a little

1   window to the future, if that were to happen, then the defense

2   gets to move for sanctions, either expense, you get repaid for

3   your expenses, B, you preclude any new argument that could

4   have been raised before the deadline, C, you say that you're

5   entitled to redepose their guy.  I mean any number of things.

6   We have to do it incrementally.

7        MS. HSIA:  Understood, Your Honor.

8        THE COURT:  I completely understand.  I'm completely

9   dismayed with the delay here, but I think that the actual

10  tangible prejudice, if any, that you could be focused on has

11  actually been addressed and taken care of.

12       MS. HSIA:  Understood, Your Honor, and certainly we

13  acknowledge that our biggest concern was the adding of

14  additional parties.  If I can just ask the Court with respect

15  to the Daubert and summary judgment motions, those both

16  currently have a deadline of July 22nd?

17       THE COURT:  Yes.

18       MR. HSIA:  I assume that those will be --

19       THE COURT:  Fair enough.

20       MS. HSIA:  -- postponed at some point?

21       THE COURT:  Yes.

22       MS. HSIA:  Okay.  Thank you, Your Honor.

23       THE COURT:  But they'll be rescheduled in accordance

24  with this particular schedule.  I'm trying to train myself not

25  to call them Daubert motions any more, but actually 702

1    issues, which is a slightly different way of addressing the

2    issue and probably technically more correct.

3          Anything else?

4          MR. MISNY:  Your Honor, I'd just like to ask for

5    clarification on one point in terms of the outstanding

6    discovery.  So we're not seeking to add Mr. Oczkowski as a

7    defendant, but there is still the outstanding subpoena and

8    that was actually timely served.  The response deadline was

9    before the discovery cutoff and his counsel has indicated that

10   he's getting up to speed and is going to provide the

11   documents, but we just don't have them yet and so you

12   mentioned certain items of discovery that we were still

13   allowed to pursue.  I just wanted to make clear that, if you

14   agree, that the subpoena is part of those items of discovery.

15         THE COURT:  What you choose to agree with a third

16   party witness's lawyer is up to you, but I've received no

17   motion for a protective order or, what is it, a 45(d) letter

18   from him I haven't seen.  Nobody has asked me to do anything.

19   So I'm not going to start giving advisory reactions to what

20   may or may not happen.  You sent out the subpoena.  You say it

21   was timely.  It will be up to you to follow up if it's

22   appropriate.

23         MR. MISNY:  I understand.

24         THE COURT:  When there's an actual problem that I

25   can address and I've heard from all sides, then I'll address

1   it.

2           MR. MISNY:  Yes, Your Honor.

3           THE COURT:  But I would recommend from now on,

4   everybody, that you do things, in the vernacular, by the book

5   because enough is enough.  This is more than two years old

6   this case, and I don't know how you guys would define it, but

7   I'm not sure I'm seeing it gel quite the way I would hope.

8   Maybe it is, but it just is elusive.

9           So we'll have the motion for Class Certification

10  coming in September.  There will be a response.  There will

11  be -- whether it's a hearing or just argument is really up to

12  you to tell me, but I'll try to do it as quickly as possible.

13  I'll just tell you it's going to be an extremely busy fall.

14  There are a lot of cases that were put on ice that now have to

15  be sort of tried.  Every time I open up the newspaper, I see a

16  new development in the case law that will affect how some of

17  my cases are going to go.  So we'll see, but I wouldn't let

18  any grass grow under your feet any more on this case.

19          Anything more?

20          MR. MISNY:  No, Your Honor, nothing from plaintiff.

21          THE COURT:  Okay.

22          MS. HSIA:  Nothing from Victory Phones, Your Honor.

23          THE COURT:  So I think we have the extension issue,

24  we have the motion to compel issue that's been addressed.  The

25  motion to amend the complaint has been dealt with.

1        It looks to me like I've done what you've asked me

2   to do for today.  So nice to be with you.  Have a nice

3   holiday.

4        MR. MISNY:  Thank you, Your Honor.

5        MS. HSIA:  Same to you, Your Honor.

6        MS. ISSA:  Thank you, Your Honor.

7             (Court adjourned)

8

              C E R T I F I C A T E

9

10       I certify that the foregoing is a correct transcript

11  from the record of the proceedings in the above-entitled

12  matter.

13

14       _____
                    *Kathleen Feldman*

15              Kathleen Feldman, CSR, CRR, RPR, CM
                Official Court Reporter

16

17  Date: 7/26/22 _____

18

19

20

21

22

23

24

25

**0**

**02043** [1] - 1:16

**1**

**10th** [1] - 11:10
**1114** [1] - 1:18
**1600** [1] - 1:23
**19106** [1] - 2:3
**19130** [1] - 1:23

**2**

**20-5317** [2] - 1:6, 3:4
**2022** [1] - 1:11
**21** [1] - 14:25
**215** [1] - 2:3
**22nd** [1] - 22:16
**24** [1] - 13:25
**2400** [1] - 1:16
**27th** [1] - 10:18
**29th** [3] - 3:21, 3:25, 5:1

**3**

**30** [1] - 1:11
**30(b)(6** [2] - 18:4, 19:18
**350** [1] - 1:16
**36(b** [1] - 14:7
**3600** [1] - 1:23

**4**

**43215** [1] - 1:19
**45** [2] - 19:13, 19:15
**45(d** [1] - 23:17

**5**

**59th** [1] - 19:5
**5th** [2] - 4:2, 4:12

**6**

**6** [6] - 6:8, 10:17, 10:20, 11:9, 13:15, 13:17
**60** [11] - 13:12, 13:20, 13:21, 14:12, 14:15, 17:20, 18:20, 18:22, 19:15, 19:25, 20:23

**60,000** [3] - 10:15, 10:16, 10:23
**601** [1] - 2:2

**7**

**702** [1] - 22:25
**779-5578** [1] - 2:3

**A**

**ability** [1] - 12:10
**able** [4] - 8:1, 8:7, 8:11, 12:2
**above-entitled** [1] - 25:11
**abuse** [2] - 16:9, 16:10
**accordance** [1] - 22:23
**acknowledge** [1] - 22:13
**ACTION** [1] - 1:4
**actual** [3] - 4:17, 22:9, 23:24
**add** [6] - 16:20, 16:25, 17:7, 21:16, 23:6
**adding** [4] - 17:2, 17:14, 19:20, 22:13
**addition** [1] - 9:14
**additional** [6] - 16:20, 16:22, 17:12, 17:14, 21:22, 22:14
**additionally** [2] - 14:24, 21:14
**address** [2] - 23:25
**addressed** [2] - 22:11, 24:24
**addressing** [1] - 23:1
**adjourned** [1] - 25:7
**advisory** [1] - 23:19
**affect** [1] - 24:16
**affidavit** [2] - 5:17, 5:23
**ago** [1] - 13:22
**agree** [2] - 23:14, 23:15
**agreed** [1] - 16:23
**agreeing** [1] - 20:19
**agreement** [2] - 12:24
**allow** [1] - 18:20
**allowed** [1] - 23:13
**allowing** [1] - 18:22
**almost** [1] - 10:20
**amend** [2] - 21:23, 24:25

**Andrew** [1] - 5:2
**ANDREW** [1] - 1:4
**answer** [1] - 9:22
**Anthony** [1] - 3:10
**aNTHONY** [1] - 1:15
**anticipating** [1] - 12:3
**APPEARANCES** [1] - 1:14
**appreciation** [1] - 11:19
**appropriate** [5] - 8:10, 8:19, 13:12, 14:15, 23:22
**April** [5] - 4:2, 4:12, 10:18, 10:24, 11:1
**argue** [1] - 19:8
**arguing** [1] - 12:18
**argument** [7] - 5:2, 5:4, 8:10, 8:18, 20:14, 22:3, 24:11
**arguments** [3] - 8:16, 12:3, 12:4
**assume** [2] - 22:18
**ate** [1] - 16:13
**attack** [1] - 12:10
**attempt** [1] - 6:17
**attorneys** [2] - 15:12, 15:14
**audio** [20] - 5:5, 5:10, 6:11, 6:14, 7:11, 7:13, 8:1, 8:3, 8:4, 8:5, 8:6, 8:23, 8:24, 8:25, 9:4, 9:9, 9:21, 10:1, 11:12

**B**

**bargaining** [1] - 17:15
**based** [5] - 5:23, 6:7, 7:25, 9:2, 21:22
**BASIL** [1] - 1:17
**BEFORE** [1] - 1:12
**behalf** [2] - 1:4, 3:12
**better** [1] - 9:17
**between** [1] - 10:25
**beyond** [3] - 9:9, 11:8, 11:12
**biggest** [1] - 22:13
**bit** [1] - 7:21
**blame** [1] - 21:1
**blaming** [1] - 21:1
**book** [1] - 24:4
**bring** [1] - 12:17
**bringing** [1] - 9:14
**brought** [1] - 8:25
**bumped** [1] - 15:10
**bus** [1] - 3:23
**business** [2] - 5:25,

7:24
**busy** [1] - 24:13
**BY** [3] - 1:15, 1:18, 1:21
**byrne** [1] - 2:2

**C**

**C.A.T** [1] - 2:4
**calendar** [2] - 15:10, 15:20
**calendaring** [2] - 15:13, 15:15
**campaign** [1] - 10:15
**campaigns** [2] - 5:4, 5:6
**care** [1] - 22:11
**case** [12] - 3:4, 8:17, 8:18, 9:13, 9:25, 10:10, 14:21, 15:21, 24:6, 24:16, 24:18
**cases** [2] - 24:14, 24:17
**cell** [1] - 15:24
**CEO** [1] - 5:24
**Cert** [3] - 12:25, 17:21, 20:10
**certain** [1] - 23:12
**certainly** [6] - 8:20, 15:5, 15:13, 21:13, 21:15, 22:12
**Certification** [9] - 12:4, 13:5, 13:10, 14:23, 15:3, 15:11, 20:1, 20:5, 24:9
**certify** [1] - 25:10
**challenging** [1] - 17:5
**charged** [3] - 9:6, 9:12, 11:5
**choose** [1] - 23:15
**chose** [1] - 13:17
**circumstances** [1] - 20:7
**CIVIL** [1] - 1:4
**clarification** [1] - 23:5
**Class** [16] - 4:1, 4:6, 12:4, 12:10, 12:18, 12:25, 13:5, 13:10, 14:23, 15:3, 15:10, 17:21, 20:1, 20:5, 20:10, 24:9
**class** [1] - 1:4
**clear** [5] - 9:24, 17:24, 21:3, 21:9, 23:13
**Clerk** [1] - 3:1
**client** [4] - 5:2, 5:20,

9:5, 10:25
**client's** [1] - 12:10
**clock** [1] - 20:9
**closed** [1] - 10:10
**CM** [2] - 2:1, 25:15
**colleagues** [1] - 14:11
**columbus** [1] - 1:19
**comfortable** [1] - 3:3
**coming** [1] - 24:10
**communication** [3] - 11:1, 11:6, 15:5
**company** [1] - 5:24
**compel** [2] - 4:1, 24:24
**compelled** [2] - 4:9, 4:23
**complaint** [1] - 24:25
**complete** [4] - 4:3, 4:4, 4:12, 13:23
**completed** [1] - 21:20
**completely** [2] - 22:8
**complied** [1] - 11:14
**computers** [1] - 7:11
**concern** [2] - 4:16, 22:13
**concerns** [2] - 21:15, 21:19
**continue** [1] - 3:5
**coordinated** [1] - 15:25
**copy** [1] - 8:25
**correct** [4] - 4:14, 9:19, 23:2, 25:10
**counsel** [5] - 9:15, 13:25, 19:14, 19:23, 23:9
**couple** [1] - 14:4
**course** [4] - 5:25, 7:23, 12:22, 15:22
**COURT** [83] - 1:1, 3:2, 3:7, 3:17, 3:22, 4:11, 4:15, 4:21, 5:7, 5:19, 6:2, 6:5, 6:11, 6:15, 6:18, 6:23, 7:2, 7:6, 7:8, 7:20, 8:9, 8:15, 8:23, 9:14, 9:22, 10:2, 10:7, 10:12, 10:19, 11:16, 12:1, 12:6, 12:15, 13:3, 13:6, 13:8, 13:13, 13:15, 13:19, 14:1, 14:4, 14:11, 14:18, 15:18, 15:23, 16:5, 16:8, 17:8, 17:15, 17:17, 17:19, 17:23, 17:25, 18:3, 18:6, 18:8, 18:12, 18:14, 18:16, 18:22, 18:25,

19:2, 19:5, 19:7, 19:17, 19:19, 19:25, 20:17, 20:22, 21:1, 21:7, 21:17, 21:25, 22:8, 22:17, 22:19, 22:21, 22:23, 23:15, 23:24, 24:3, 24:21, 24:23

**Court** [18] - 2:1, 4:2, 4:9, 9:1, 9:3, 14:14, 14:20, 16:3, 16:11, 18:20, 20:15, 21:9, 21:14, 22:14, 25:7, 25:15

**court** [2] - 3:1, 9:15
**Court's** [4] - 9:3, 11:2, 14:13, 14:25
**Courthouse** [1] - 2:2
**COVID** [1] - 16:12
**creates** [1] - 8:7
**CRR** [2] - 2:1, 25:15
**crux** [1] - 9:12
**CSR** [2] - 2:1, 25:15
**curiosity** [1] - 7:16
**curious** [1] - 6:6
**current** [2] - 17:7, 17:8
**cutoff** [1] - 23:9

**D**

**dare** [1] - 7:3
**data** [1] - 8:2
**Date** [1] - 25:17
**date** [2] - 7:12, 21:4
**dates** [1] - 4:17
**Daubert** [2] - 22:15, 22:25
**Dave** [2] - 5:23, 18:13
**days** [15] - 13:12, 13:20, 13:21, 13:22, 14:4, 14:12, 14:15, 15:2, 17:20, 18:20, 18:22, 19:13, 19:15, 19:25, 20:23
**deadline** [13] - 10:9, 11:8, 11:10, 11:13, 14:23, 14:24, 15:3, 15:4, 21:5, 21:12, 22:4, 22:16, 23:8
**deadlines** [8] - 11:13, 11:14, 11:17, 14:20, 14:22, 15:8, 15:9, 15:16
**deal** [1] - 5:15
**dealt** [1] - 24:25
**declaration** [2] - 7:22, 7:25

**Defendant** [1] - 1:24
**defendant** [4] - 1:8, 5:1, 20:4, 23:7
**defense** [2] - 16:24, 22:1
**define** [1] - 24:6
**delay** [2] - 16:16, 22:9
**delayed** [1] - 16:14
**deleted** [3] - 5:14, 5:25, 6:3
**demographic** [1] - 9:10
**demonic** [1] - 10:20
**deposed** [4] - 20:23, 20:25, 21:4, 21:22
**deposition** [8] - 14:7, 17:25, 18:1, 18:3, 18:5, 18:7, 19:18, 20:2
**deputy** [1] - 3:1
**detail** [1] - 4:5
**determine** [4] - 9:5, 9:6, 11:4, 11:5
**develop** [1] - 11:19
**development** [1] - 24:16
**different** [7] - 5:5, 13:16, 15:14, 15:19, 23:1
**difficult** [2] - 19:7, 20:8
**diligent** [1] - 5:14
**disappointment** [1] - 16:11
**discovery** [19] - 3:5, 4:23, 10:9, 11:8, 11:10, 11:13, 14:6, 14:7, 14:24, 15:4, 20:4, 21:5, 21:20, 21:23, 23:6, 23:9, 23:12, 23:14
**discuss** [1] - 12:16
**discussed** [1] - 14:12
**discussion** [3] - 11:9, 15:6, 20:13
**discussions** [1] - 9:20
**Dishaw** [3] - 5:23, 5:24, 18:13
**Dishaw's** [2] - 7:22, 19:22
**dismayed** [1] - 22:9
**disposed** [1] - 6:19
**disputes** [1] - 3:5
**DISTRICT** [2] - 1:1, 1:2
**docketed** [1] - 3:4
**documents** [1] -

23:11
**done** [2] - 18:23, 25:1
**doubt** [1] - 11:17
**down** [3] - 10:3, 13:8, 20:20
**draw** [1] - 10:22
**drop** [1] - 6:20
**Dublin** [1] - 1:18

**E**

**E.K** [1] - 1:12
**EASTERN** [1] - 1:2
**either** [4] - 16:12, 19:14, 21:16, 22:2
**electronically** [1] - 6:18
**elusive** [1] - 24:8
**employment** [1] - 3:17
**end** [1] - 13:23
**endeavor** [1] - 6:17
**entertain** [1] - 20:8
**entitled** [3] - 21:11, 22:5, 25:11
**erased** [1] - 12:22
**ESQUIRE** [5] - 1:15, 1:18, 1:21, 1:22, 1:22
**establish** [1] - 21:10
**established** [2] - 9:8, 21:13
**evaluating** [1] - 17:1
**excellent** [3] - 13:3, 13:8
**except** [1] - 16:1
**excusable** [1] - 21:12
**excuse** [1] - 10:24
**exercise** [1] - 17:1
**exist** [9] - 7:13, 7:15, 8:15, 11:14, 11:18, 12:11, 12:12, 12:19, 12:21
**existed** [1] - 12:20
**exists** [6] - 6:11, 6:14, 7:18, 8:4, 8:5, 11:20
**expecting** [1] - 12:3
**expeditiously** [1] - 20:6
**expense** [1] - 22:2
**expenses** [1] - 22:3
**experiment** [1] - 7:13
**experimental** [1] - 6:15
**expert** [4] - 21:21, 21:22, 21:23
**explain** [2] - 3:3, 5:8

**explained** [1] - 9:3
**explaining** [1] - 15:24
**explanation** [2] - 7:23, 16:1
**expound** [1] - 7:21
**expression** [1] - 16:19
**extension** [6] - 14:15, 15:1, 20:1, 20:16, 21:11, 24:23
**extent** [1] - 18:24
**extremely** [1] - 24:13

**F**

**fact** [4] - 5:16, 9:20, 10:8, 21:20
**failed** [1] - 14:21
**fair** [3] - 4:15, 12:14, 22:19
**fall** [1] - 24:13
**far** [2] - 6:19, 8:2
**fascination** [1] - 10:19
**fast** [1] - 4:11
**feet** [1] - 24:18
**FELDMAN** [1] - 2:1
**Feldman** [1] - 25:15
**few** [1] - 13:22
**fields** [1] - 8:21
**fighting** [1] - 7:17
**figure** [1] - 12:12
**file** [4] - 6:11, 6:14, 14:10, 16:19
**filed** [1] - 21:14
**files** [8] - 5:5, 5:10, 5:14, 7:11, 7:13, 8:15, 8:23, 8:24
**filing** [3] - 7:1, 7:2, 19:9
**final** [1] - 21:8
**finalize** [1] - 13:10
**finalizing** [1] - 20:1
**fine** [2] - 14:5, 17:14
**finish** [2] - 14:6, 17:20
**finishing** [1] - 20:14
**firm** [2] - 15:12, 15:13
**first** [3] - 3:7, 7:10, 15:16
**focus** [1] - 16:16
**focused** [1] - 22:10
**follow** [1] - 23:21
**FOR** [1] - 1:2
**forego** [1] - 17:14
**foregoing** [1] - 25:10
**forth** [2] - 11:3, 14:25

**forward** [1] - 4:11
**four** [2] - 14:22, 15:8
**frame** [1] - 18:21
**full** [1] - 3:17
**fundamentally** [1] - 16:15
**future** [1] - 22:1

**G**

**Gee** [1] - 7:9
**gel** [1] - 24:7
**GENE** [1] - 1:12
**given** [2] - 19:11, 19:21
**Government** [1] - 16:5
**grant** [1] - 14:14
**granted** [2] - 4:2, 20:2
**granting** [2] - 17:13, 20:16
**grass** [1] - 24:18
**grateful** [1] - 17:13
**great** [2] - 12:1, 17:19
**grow** [1] - 24:18
**guy** [1] - 22:5
**guys** [3] - 6:21, 20:18, 24:6

**H**

**hard** [2] - 12:12, 12:21
**HARRISON** [1] - 1:21
**hear** [2] - 13:4, 14:18
**heard** [2] - 20:12, 23:25
**HEARING** [1] - 1:13
**hearing** [5] - 3:25, 5:1, 12:16, 13:11, 24:11
**Hello** [1] - 3:2
**hingham** [1] - 1:16
**history** [1] - 10:11
**hold** [1] - 17:19
**holiday** [1] - 25:3
**homework** [1] - 16:13
**Honor** [41] - 3:6, 3:13, 3:16, 3:19, 4:2, 4:19, 5:22, 6:7, 6:12, 7:19, 8:13, 9:18, 10:5, 10:14, 10:21, 11:24, 13:2, 14:13, 15:21, 16:6, 17:6, 17:13, 17:22, 18:10, 18:19,

19:6, 19:10, 19:18, 19:22, 20:12, 20:24, 22:7, 22:12, 22:22, 23:4, 24:2, 24:20, 24:22, 25:4, 25:5, 25:6
**HONORABLE** [1] - 1:12
**hook** [1] - 20:18
**hope** [1] - 24:7
**Hsia** [6] - 3:12, 5:17, 5:19, 7:20, 14:11, 16:17
**hSIA** [1] - 18:24
**HSIA** [45] - 1:21, 3:12, 5:22, 6:4, 6:7, 6:12, 6:16, 7:19, 7:21, 8:13, 8:16, 8:24, 9:18, 9:24, 10:5, 10:8, 10:14, 10:21, 14:13, 14:19, 15:21, 16:3, 16:6, 18:10, 18:13, 18:19, 19:1, 19:4, 19:6, 19:10, 19:18, 19:21, 20:12, 20:21, 20:24, 21:3, 21:8, 21:18, 22:7, 22:12, 22:18, 22:20, 22:22, 24:22, 25:5

**I**

**ice** [1] - 24:14
**idea** [1] - 18:16
**identifier** [1] - 9:11
**identify** [2] - 3:7, 8:8
**identifying** [1] - 8:5
**important** [6] - 11:17, 12:19, 12:23, 14:16, 14:21, 15:7
**impressive** [1] - 10:12
**IN** [1] - 1:1
**inclination** [1] - 20:17
**include** [3] - 7:12, 9:11, 15:2
**includes** [2] - 4:4, 10:16
**including** [1] - 12:25
**incrementally** [1] - 22:6
**indicated** [1] - 23:9
**individual** [1] - 6:13
**individually** [1] - 1:4
**individuals** [2] - 1:4, 5:3
**information** [5] - 9:10, 9:11, 9:13,

11:20
**initial** [1] - 10:15
**insufficient** [1] - 11:7
**intend** [1] - 17:6
**intention** [1] - 16:19
**interrupting** [1] - 16:17
**introduce** [1] - 7:8
**iPad** [1] - 15:24
**iRA** [1] - 1:22
**Ira** [1] - 3:14
**irrelevant** [1] - 12:10
**ISSA** [3] - 1:22, 3:15, 25:6
**Issa** [1] - 3:15
**issue** [16] - 5:12, 5:16, 6:21, 6:24, 7:5, 10:4, 10:5, 10:12, 11:2, 11:16, 11:25, 16:10, 21:19, 23:2, 24:23, 24:24
**issued** [1] - 17:4
**issues** [4] - 7:7, 12:15, 19:12, 23:1
**items** [2] - 23:12, 23:14

**J**

**James** [1] - 2:2
**joint** [1] - 17:2
**JONATHAN** [1] - 1:18
**Jonathan** [1] - 3:9
**judgment** [1] - 22:15
**July** [1] - 22:16
**JUNE** [1] - 1:11

**K**

**Kathleen** [1] - 25:15
**KATHLEEN** [1] - 2:1
**kid** [1] - 17:9
**kidder** [1] - 17:9
**kind** [2] - 4:16, 17:9

**L**

**Labor** [2] - 14:2, 18:23
**language** [1] - 4:16
**laptop** [1] - 15:24
**last** [1] - 6:23
**laundry** [1] - 16:21
**law** [3] - 15:12, 15:13, 24:16
**LAW** [1] - 1:15
**lawyer** [1] - 23:16

**lawyers** [1] - 5:8
**Layal** [1] - 3:15
**IAYAL** [1] - 1:22
**leadoff** [1] - 12:1
**leads** [2] - 18:25, 19:2
**least** [4] - 6:18, 9:3, 15:2, 19:15
**legally** [2] - 11:22, 12:8
**letter** [2] - 4:10, 23:17
**LEWIS** [1] - 1:21
**liability** [1] - 17:3
**Lincoln** [1] - 1:16
**list** [2] - 4:8, 4:24
**listed** [2] - 4:8, 4:24
**listen** [2] - 9:1, 12:24
**listing** [1] - 4:5
**LLC** [1] - 1:7
**LLP** [2] - 1:17, 1:21
**loathe** [1] - 20:18
**location** [2] - 8:2, 8:3
**logical** [1] - 16:1
**logistical** [1] - 8:7
**look** [1] - 6:6
**looked** [4] - 5:13, 5:17, 5:19, 5:22
**looking** [3] - 7:11, 8:20, 8:22
**looks** [1] - 25:1
**loosely** [1] - 16:10
**luck** [1] - 10:22

**M**

**MA** [1] - 1:16
**machine** [1] - 2:4
**March** [3] - 3:20, 3:25, 5:1
**Market** [2] - 1:23, 2:2
**material** [1] - 12:11
**matter** [2] - 8:4, 25:12
**Matthew** [1] - 13:24
**mean** [2] - 17:8, 22:5
**means** [1] - 17:10
**meet** [1] - 19:13
**Members** [1] - 4:7
**mentioned** [1] - 23:12
**messed** [1] - 15:19
**might** [3] - 6:16, 10:7, 15:6
**million** [2] - 6:8, 10:17
**mind** [2] - 7:9, 7:11
**mine** [3] - 16:4, 16:6
**MISNY** [40] - 1:18,

3:6, 3:9, 3:19, 3:24, 4:14, 4:19, 4:22, 5:11, 6:22, 6:25, 7:5, 7:7, 11:24, 12:2, 12:14, 13:2, 13:4, 13:7, 13:12, 13:14, 13:16, 13:20, 14:3, 14:5, 17:6, 17:11, 17:16, 17:18, 17:22, 17:24, 18:1, 18:4, 18:7, 18:15, 23:4, 23:23, 24:2, 24:20, 25:4
**Misny** [1] - 3:9
**missed** [5] - 14:22, 14:23, 14:24, 15:9, 15:16
**missing** [2] - 12:18, 21:11
**moment** [1] - 9:16
**money** [2] - 6:9, 7:17
**months** [2] - 10:24, 15:11
**motion** [19] - 3:25, 4:1, 6:5, 7:1, 7:2, 13:10, 14:10, 16:20, 18:23, 19:9, 20:1, 20:5, 20:9, 21:14, 23:17, 24:9, 24:24, 24:25
**MOTIONS** [1] - 1:13
**motions** [2] - 22:15, 22:25
**MOUL** [1] - 1:17
**move** [4] - 11:18, 16:11, 17:21, 22:2
**MR** [47] - 3:6, 3:9, 3:10, 3:14, 3:19, 3:24, 4:14, 4:19, 4:22, 5:11, 6:22, 6:25, 7:5, 7:7, 11:24, 12:2, 12:14, 13:2, 13:4, 13:7, 13:12, 13:14, 13:16, 13:20, 14:3, 14:5, 14:19, 17:6, 17:11, 17:16, 17:18, 17:22, 17:24, 18:1, 18:4, 18:7, 18:10, 18:15, 18:24, 19:1, 19:10, 19:18, 19:21, 20:12, 20:21, 20:24, 21:3,
**MS** [41] - 3:12, 3:15, 5:22, 6:4, 6:7, 6:12, 6:16, 7:19, 7:21, 8:13, 8:16, 8:24, 9:18, 9:24, 10:5, 10:8, 10:14, 10:21, 14:13, 15:21, 16:3, 16:6, 18:13, 18:19, 19:4, 19:6, 19:18, 19:21, 20:12, 20:21, 20:24, 21:3,

21:8, 21:18, 22:7, 22:12, 22:20, 22:22, 24:22, 25:5, 25:6
**Murphy** [1] - 15:9
**MURPHY** [1] - 1:17
**MURRAY** [1] - 1:17
**must** [1] - 3:5

**N**

**name** [2] - 7:10, 17:4
**narrow** [1] - 20:20
**need** [3] - 12:2, 13:9, 21:12
**needed** [3] - 9:4, 11:3, 15:1
**needing** [1] - 14:9
**neglect** [1] - 21:12
**NEIL** [1] - 1:22
**never** [1] - 15:7
**new** [4] - 16:24, 17:17, 22:3, 24:16
**newspaper** [1] - 24:15
**next** [2] - 13:21, 13:23
**nice** [2] - 25:2
**nightmare** [1] - 8:7
**NO** [1] - 1:6
**nobody** [2] - 6:5, 23:18
**nobody's** [2] - 12:17, 21:1
**normal** [1] - 12:22
**note** [1] - 15:8
**noted** [1] - 14:20
**nothing** [3] - 11:5, 24:20, 24:22
**noticed** [3] - 14:8, 18:5, 18:7
**November** [2] - 10:23, 10:25
**number** [8] - 6:7, 8:14, 8:16, 9:6, 10:22, 11:4, 13:17, 22:5
**numbers** [1] - 4:17

**O**

**objecting** [1] - 14:19
**obligation** [1] - 20:6
**obviously** [1] - 4:20
**Oczkowski** [2] - 13:24, 23:6
**OF** [1] - 1:2
**offer** [1] - 9:16
**Official** [2] - 2:1, 25:15

**OH** [1] - 1:19
**old** [1] - 24:5
**one** [14] - 5:7, 8:2, 8:6, 9:5, 11:4, 17:4, 18:9, 18:10, 20:2, 21:9, 21:15, 21:17, 21:20, 23:5
**open** [1] - 24:15
**opened** [1] - 3:1
**opportunity** [1] - 10:3
**order** [11] - 4:12, 4:19, 7:24, 9:3, 11:3, 11:18, 14:25, 17:20, 21:10, 23:17
**ordered** [1] - 4:2
**ordinary** [1] - 7:23
**Ostrow's** [1] - 15:13
**outbound** [1] - 4:5
**outstanding** [4] - 13:24, 14:6, 23:5, 23:7

**P**

**P.C** [1] - 1:15
**PA** [2] - 1:23, 2:3
**page** [1] - 13:1
**paragraph** [1] - 14:25
**parcel** [1] - 4:7
**pardon** [1] - 18:6
**Paronich** [2] - 3:10, 9:19
**PARONICH** [3] - 1:15, 1:15, 3:10
**part** [5] - 4:7, 5:3, 11:11, 16:21, 23:14
**partial** [1] - 13:21
**particular** [2] - 7:5, 22:24
**particularly** [1] - 11:24
**parties** [7] - 11:20, 16:20, 16:24, 17:2, 17:14, 17:17, 22:14
**party** [2] - 21:16, 23:16
**pendency** [1] - 6:5
**PENNSYLVANIA** [2] - 1:2, 1:10
**period** [1] - 18:17
**PERRONG** [1] - 1:4
**Perrong** [3] - 3:4, 5:2, 10:16
**person** [1] - 6:19
**personally** [1] - 3:20
**PHILADELPHIA** [1] - 1:10

**philadelphia** [1] - 1:23
**Philadelphia** [1] - 2:3
**phone** [2] - 7:3, 15:25
**Phones** [8] - 3:4, 3:12, 3:14, 3:15, 12:5, 13:21, 18:4, 24:22
**PHONES** [1] - 1:7
**phrase** [1] - 17:9
**picked** [1] - 7:3
**pieces** [1] - 21:8
**place** [1] - 8:6
**Plaintiff** [2] - 1:6, 1:19
**plaintiff** [14] - 3:9, 3:11, 8:10, 8:17, 8:18, 9:4, 9:25, 12:23, 13:9, 14:21, 15:14, 16:19, 21:10, 24:20
**plaintiff's** [1] - 9:15
**plaintiffs** [4] - 10:9, 11:1, 11:6, 15:5
**plan** [2] - 8:9, 13:20
**planning** [1] - 18:18
**point** [9] - 9:8, 10:10, 10:23, 14:8, 15:11, 17:1, 20:15, 22:20, 23:5
**position** [10] - 4:3, 9:7, 9:17, 11:19, 14:14, 14:17, 15:7, 20:15, 21:6, 21:9
**possibility** [2] - 8:20, 8:21
**possible** [1] - 24:12
**postponed** [1] - 22:20
**potential** [1] - 15:6
**PRATTER** [1] - 1:12
**preclude** [1] - 22:3
**prejudice** [3] - 16:16, 21:15, 22:10
**present** [1] - 14:17
**preserve** [1] - 14:17
**prevents** [1] - 16:4
**previously** [1] - 7:22
**problem** [2] - 7:14, 23:24
**problems** [1] - 3:18
**procedural** [1] - 10:6
**procedurally** [1] - 11:12
**proceeding** [1] - 17:11
**proceedings** [1] - 25:11
**produce** [3] - 4:3, 4:12, 20:6
**produced** [6] - 2:4,

6:8, 10:14, 10:17, 10:23, 10:24
**producing** [1] - 20:25
**production** [2] - 13:21, 13:23
**pronounce** [1] - 17:5
**protective** [1] - 23:17
**prove** [3] - 8:11, 9:8, 21:12
**provide** [2] - 9:9, 23:10
**provided** [3] - 9:25, 11:2, 11:7
**pulling** [1] - 8:1
**purged** [1] - 7:23
**purported** [1] - 9:4
**pursue** [1] - 23:13
**pursuing** [1] - 8:9
**put** [2] - 11:21, 24:14

**Q**

**questions** [1] - 8:21
**quickly** [1] - 24:12
**quite** [1] - 24:7

**R**

**raised** [2] - 11:10, 22:4
**RANDALL** [1] - 1:21
**Randy** [2] - 3:12, 7:9
**reached** [1] - 9:15
**react** [1] - 16:22
**reactions** [1] - 23:19
**ready** [1] - 14:10
**really** [6] - 5:9, 6:3, 14:22, 17:20, 20:17, 24:11
**reason** [8] - 4:25, 5:12, 9:3, 9:4, 11:14, 16:12, 16:13, 16:16
**reasonable** [1] - 19:24
**reasons** [3] - 8:19, 10:6, 15:25
**receive** [2] - 5:3, 15:4
**received** [4] - 10:8, 14:7, 15:7, 23:16
**recommend** [1] - 24:3
**record** [4] - 3:8, 4:8, 14:16, 25:11
**recording** [2] - 9:9, 9:25
**recordings** [5] - 4:6,

4:7, 4:24, 4:25, 14:9
**records** [12] - 4:1, 4:3, 4:4, 4:5, 4:12, 5:18, 5:25, 10:15, 10:17, 11:3
**redepose** [1] - 22:5
**regarding** [2] - 20:14, 21:19
**regular** [1] - 5:25
**rejoinder** [1] - 12:11
**relate** [1] - 16:8
**related** [2] - 9:10, 9:12
**relates** [1] - 8:5
**relevance** [1] - 11:17
**relevant** [9] - 9:13, 9:21, 11:12, 11:22, 11:25, 12:8, 12:13, 12:17
**remaining** [1] - 20:3
**reopen** [1] - 21:23
**Rep** [2] - 12:10, 12:18
**repaid** [1] - 22:2
**report** [2] - 21:21, 21:24
**Reporter** [2] - 2:1, 25:15
**represent** [1] - 5:3
**representation** [1] - 12:20
**representative** [2] - 8:11, 8:19
**represented** [2] - 13:22, 20:19
**request** [11] - 4:9, 4:23, 10:9, 14:14, 16:18, 16:22, 19:12, 19:25, 20:9, 20:16
**requested** [2] - 20:3, 21:4
**requests** [1] - 16:21
**require** [1] - 6:13
**required** [1] - 4:12
**rescheduled** [1] - 22:23
**resolve** [1] - 3:5
**respect** [3] - 20:4, 20:14, 22:14
**response** [4] - 17:3, 21:21, 23:8, 24:10
**responses** [1] - 8:25
**reviewing** [1] - 7:21
**Richards** [1] - 3:14
**RICHARDS** [2] - 1:22, 3:14
**Road** [1] - 1:18
**room** [1] - 6:19
**RPR** [2] - 2:1, 25:15
**rugged** [1] - 18:18

**run** [1] - 19:13

**S**

**sanctions** [1] - 22:2
**schedule** [3] - 19:14, 19:22, 22:24
**scheduled** [3] - 18:14, 18:20, 19:23
**scheduling** [2] - 6:10, 19:12
**SCHNADER** [1] - 1:21
**search** [3] - 5:14, 6:10, 6:15
**searches** [1] - 6:13
**seats** [1] - 3:3
**Second** [1] - 15:17
**see** [6] - 6:14, 7:11, 7:13, 12:4, 24:15, 24:17
**seeing** [2] - 8:4, 24:7
**seek** [1] - 15:1
**seeking** [1] - 23:6
**SEGAL** [1] - 1:21
**sense** [1] - 9:2
**sent** [3] - 4:6, 4:24, 23:20
**separate** [1] - 8:3
**September** [1] - 24:10
**served** [2] - 21:21, 23:8
**set** [1] - 11:3
**sets** [1] - 14:25
**several** [1] - 17:2
**share** [1] - 9:16
**shorthand** [1] - 2:4
**show** [1] - 12:2
**sides** [1] - 23:25
**significant** [1] - 4:25
**similar** [1] - 10:17
**similarly** [1] - 1:5
**simple** [2] - 7:25
**sit** [2] - 10:3, 13:8
**situated** [1] - 1:5
**situation** [2] - 17:3, 19:13
**six** [1] - 10:24
**size** [1] - 6:1
**slightly** [1] - 23:1
**snafu** [1] - 6:2
**sort** [7] - 11:19, 16:10, 16:20, 18:17, 19:7, 20:13, 24:15
**sounds** [1] - 10:19
**special** [1] - 16:3
**specific** [1] - 10:5
**specifically** [4] - 4:8,

4:9, 4:24, 5:4
**speed** [1] - 23:10
**spend** [1] - 7:14
**spending** [1] - 7:17
**squabbling** [1] - 7:15
**start** [3] - 3:6, 3:24, 23:19
**state** [1] - 11:11
**STATES** [1] - 1:1
**still** [7] - 3:18, 5:9, 11:9, 16:16, 21:19, 23:7, 23:12
**stop** [1] - 16:15
**stored** [3] - 8:2, 8:3, 8:6
**Street** [3] - 1:16, 1:23, 2:2
**strike** [1] - 14:12
**stuck** [1] - 10:20
**subpoena** [5] - 13:24, 17:3, 23:7, 23:14, 23:20
**substance** [2] - 4:18, 11:8
**substantial** [2] - 6:1, 6:9
**sufficient** [3] - 5:12, 7:16, 18:21
**suggest** [1] - 6:20
**suggestion** [1] - 16:18
**Suite** [2] - 1:16, 1:23
**summary** [2] - 12:14, 22:15
**summer** [1] - 19:22
**suppose** [1] - 5:7
**supposedly** [1] - 16:24
**surfaced** [1] - 13:25
**surprise** [1] - 15:18
**surprising** [1] - 15:15
**synced** [1] - 16:7
**system** [2] - 15:13, 16:4
**systems** [2] - 15:15, 15:20

## T

**tangential** [1] - 20:13
**tangible** [1] - 22:10
**technically** [1] - 23:2
**tender** [1] - 19:3
**tentative** [1] - 16:18
**terms** [3] - 8:7, 11:7, 23:5
**text** [1] - 4:18
**THE** [85] - 1:1, 1:2,

1:12, 3:2, 3:7, 3:17, 3:22, 4:11, 4:15, 4:21, 5:7, 5:19, 6:2, 6:5, 6:11, 6:15, 6:18, 6:23, 7:2, 7:6, 7:8, 7:20, 8:9, 8:15, 8:23, 9:14, 9:22, 10:2, 10:7, 10:12, 10:19, 11:16, 12:1, 12:6, 12:15, 13:3, 13:6, 13:8, 13:13, 13:15, 13:19, 14:1, 14:4, 14:11, 14:18, 15:18, 15:23, 16:5, 16:8, 17:8, 17:15, 17:17, 17:19, 17:23, 17:25, 18:3, 18:6, 18:8, 18:12, 18:14, 18:16, 18:22, 18:25, 19:2, 19:5, 19:7, 19:17, 19:19, 19:25, 20:17, 20:22, 21:1, 21:7, 21:17, 21:25, 22:8, 22:17, 22:19, 22:21, 22:23, 23:15, 23:24, 24:3, 24:21, 24:23
**theirs** [1] - 21:21
**theme** [1] - 13:17
**they've** [2] - 12:19, 13:22
**third** [2] - 21:16, 23:15
**three** [5] - 15:2, 15:11, 15:12, 15:14
**throwing** [1] - 3:22
**timely** [2] - 23:8, 23:21
**timing** [1] - 16:9
**today** [4] - 10:11, 12:16, 13:14, 25:2
**took** [1] - 20:13
**top** [1] - 7:24
**total** [1] - 10:25
**totally** [1] - 8:3
**train** [1] - 22:24
**transcript** [1] - 25:10
**Transcript** [1] - 2:4
**tried** [1] - 24:15
**try** [3] - 3:5, 16:11, 24:12
**trying** [2] - 20:19, 22:24
**turns** [2] - 5:13, 20:7
**two** [6] - 9:6, 14:22, 15:8, 21:8, 21:20, 24:5
**type** [1] - 16:3
**typical** [1] - 5:2

## U

**U.S** [1] - 2:2
**unclear** [1] - 8:6
**under** [2] - 3:22, 24:18
**understood** [4] - 4:16, 19:6, 22:7, 22:12
**undertaking** [1] - 6:9
**undesirable** [1] - 16:14
**unforeseen** [1] - 20:7
**unfortunate** [1] - 16:14
**UNITED** [1] - 1:1
**unless** [1] - 16:23
**up** [15] - 6:19, 7:3, 8:1, 10:22, 12:17, 14:6, 15:11, 15:19, 17:20, 23:10, 23:16, 23:21, 24:11, 24:15

## V

**verification** [1] - 15:2
**vernacular** [1] - 24:4
**versus** [1] - 3:4
**via** [1] - 2:4
**VICTORY** [1] - 1:7
**Victory** [14] - 3:4, 3:12, 3:14, 3:15, 4:12, 5:9, 7:12, 12:5, 12:9, 12:11, 12:18, 13:21, 18:4, 24:22
**view** [1] - 11:13
**vs** [1] - 1:6

## W

**wait** [3] - 12:6
**week** [1] - 13:23
**whatnot** [1] - 5:15
**whole** [3] - 15:19, 16:23, 17:1
**win** [1] - 21:17
**window** [1] - 22:1
**witness** [9] - 18:4, 18:9, 18:11, 19:3, 19:14, 20:6, 20:23, 20:25, 21:4
**witness's** [1] - 23:16
**writing** [1] - 15:2

## Y

**years** [1] - 24:5
**yourselves** [2] - 3:3, 3:8